# IN THE

# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | ) C.A. No. 22-50283 |
|---|---|
| Plaintiff-Appellee, | ) D.C. No. CR 19-343-GW-1 ) (Central Dist. Cal.) |
| v. | ) ) **GOVERNMENT'S** |
| TRAVIS SCHLOTTERBECK, | ) **UNOPPOSED MOTION TO** ) **CONSOLIDATE APPEALS;** |
| Defendant-Appellant. | ) **DECLARATION OF BRIAN** ) **FAERSTEIN** ) |
| UNITED STATES OF AMERICA, | ) C.A. No. 22-50281 |
| Plaintiff-Appellee, | ) D.C. No. CR 19-343-GW-2 ) (Central Dist. Cal.) |
| v. | ) ) |
| JAMES BRADLEY VLHA, | ) ) |
| Defendant-Appellant. | ) ) |

Plaintiff-Appellee United States of America, by and through its counsel of record, hereby moves to consolidate C.A. Nos. 22-50283 and 22-50281, and further requests that the Court set a consolidated briefing schedule that adopts the deadlines currently applicable to C.A. No. 22-50281. Neither counsel for Defendant-Appellant Travis

Schlotterbeck nor counsel for Defendant-Appellant James Bradley Vlha opposes the requested consolidation.

This motion is made pursuant to Federal Rule of Appellate Procedure 27 and is based on the files and records in this case and the attached declaration of Brian Faerstein.

Both defendants are not in custody pending appeal. No court reporter is in default with respect to any designated transcript.

DATED: December 1, 2022      Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

/s/ *Brian Faerstein*

BRIAN FAERSTEIN
Assistant United States Attorney
Public Corruption and Civil
Rights Section

Attorneys for Plaintiff-Appellee
UNITED STATES OF AMERICA

# DECLARATION OF BRIAN FAERSTEIN

I, Brian Faerstein, hereby declare and state as follows:

1. I am an Assistant United States Attorney in the Central District of California and am one of the attorneys responsible for preparing the government's briefs in *United States v. Travis Schlotterbeck*, C.A. No. 22-50283 (the "*Schlotterbeck Appeal*"); and *United States v. James Bradley Vlha*, C.A. No. 22-50281 (the "*Vlha Appeal*").

2. Defendant Schlotterbeck and defendant Vlha both pleaded guilty pursuant to conditional plea agreements in *United States v. Travis Schlotterbeck et al.*, D.C. No. 19-CR-343-GW. Both defendants pleaded guilty to one count of conspiracy to engage in the business of manufacturing and dealing in firearms without a license, in violation of 18 U.S.C. §§ 371 and 922(a)(1)(A). (*See* D.C. No. 19-CR-343-GW Docket Nos. 153, 154.) Defendant Schlotterbeck also pleaded guilty to one count of sale of a firearm to a felon, in violation of 18 U.S.C. § 922(d)(1). (*See id.* Docket No. 153.) Defendants' guilty pleas and convictions arose out of a scheme to manufacture and sell AR-15-type rifles and pistols to

customers without a federal firearms license. (*See generally id.* Docket No. 151 at ¶ 13; Docket No. 152 at ¶ 10.)

    3.    Under the terms of both defendants' plea agreements, they preserved the right to appeal one pretrial ruling: the district court's denial of defendants' "Joint Motion to Dismiss the Indictment Per Fed. R. Crim. P. 12(b)(3)(A)," filed on July 1, 2022, which raised a Second Amendment challenge to the indictment pursuant to *New York State Rifle & Pistol Association, Inc. v. Bruen*, 142 S. Ct. 2111 (2022). (*See id.* Docket No. 151 at ¶ 3; Docket No. 152 at ¶ 3.)

    4.    Under the current briefing schedule for the *Schlotterbeck Appeal*, defendant Schlotterbeck's opening brief is due by February 22, 2023, the government's answering brief is due by March 24, 2023, and the optional reply brief is due 21 days after service of the answering brief. (*See Schlotterbeck Appeal*, Docket No. 1.) Under the current briefing schedule for the *Vlha Appeal*, defendant Vlha's opening brief is due by February 21, 2023, the government's answering brief is due by March 23, 2023, and the optional reply brief is due 21 days after service of the answering brief. (*See Vlha Appeal*, Docket No. 1.)

5. The *Schlotterbeck Appeal* and the *Vlha Appeal* should be consolidated. The appeals arise from the same case, involve co-defendants who pleaded guilty and were convicted for conduct related to the same criminal conspiracy, and presumably will raise the same legal challenge to the district court's denial of their joint motion to dismiss premised on a Second Amendment challenge to the constitutionality of their convictions. Accordingly, they should be consolidated. *See* Ninth Cir. R. 28-2.6.

6. The government further requests that the Court set a consolidated briefing schedule that adopts the deadlines currently applicable to the *Schlotterbeck Appeal*. Defendant's opening brief in that appeal is due on February 22, 2023, the government's answering brief is due on March 24, 2023, and any reply brief is due 21 days after the answering brief. (*Schlotterbeck Appeal*, Docket No. 1.) This motion would not preclude any party from seeking an extension of those deadlines after the appeals are consolidated.

7. On November 29, 2022, I contacted defense counsel for Travis Schlotterbeck, Ed Robinson and Rachael Robinson; and defense counsel for James Bradley Vlha, Jerome Haig, to ascertain their

3

position on this request for consolidation. Both counsel informed me that they have no objection to the government's request for consolidation.

I declare under penalty of perjury that the foregoing is true and correct and executed on December 1, 2022 in Los Angeles, California.

                                             /s/ *Brian Faerstein*
                                             BRIAN FAERSTEIN
                                             Assistant United States Attorney