UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 5 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 22-50281 |
| Plaintiff-Appellee, | D.C. No. 2:19-cr-00343-GW-2<br>Central District of California,<br>Los Angeles |
| v. | |
| JAMES BRADLEY VLHA, | ORDER |
| Defendant-Appellant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 22-50283 |
| Plaintiff-Appellee, | D.C. No. 2:19-cr-00343-GW-1 |
| v. | |
| TRAVIS SCHLOTTERBECK, | |
| Defendant-Appellant. | |

Appellee's unopposed motion (Docket Entry No. 5 in Appeal No. 22-50281, Docket Entry No. 4 in Appeal No. 22-50283), to consolidate Appeal Nos. 22-50281 and 22-50283 is granted.

The briefing schedule that will govern these consolidated appeals is as follows: Appellants must designate the reporter's transcripts by December 14, 2022. The transcripts are due January 13, 2023. The consolidated opening brief is due February 22, 2023, the consolidated answering brief is due March 24, 2023,

and the optional consolidated reply brief is due within 21 days after service of the consolidated answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Manisha Munshi
Deputy Clerk
Ninth Circuit Rule 27-7