

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

December 20, 2022

| | |
|---|---|
| Nos.: | 22-50281, 22-50283, 22-50312   Cross Appeals |
| D.C. No.: | 2:19-cr-00343-GW |
| Short Title: | USA v. James Vlha, et al |

Dear Appellants/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**Please read the enclosed materials carefully.**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 20 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff - Appellee,<br><br>　v.<br><br>JAMES BRADLEY VLHA,<br><br>　　　　　Defendant - Appellant. | No. 22-50281<br><br>D.C. No. 2:19-cr-00343-GW-2<br>U.S. District Court for Central California, Los Angeles<br><br>**TIME SCHEDULE ORDER** |
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff - Appellee,<br><br>　v.<br><br>TRAVIS SCHLOTTERBECK,<br><br>　　　　　Defendant - Appellant. | No. 22-50283<br><br>D.C. No. 2:19-cr-00343-GW-1<br>U.S. District Court for Central California, Los Angeles |
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff - Appellant,<br><br>　v.<br><br>JAMES BRADLEY VLHA; TRAVIS | No. 22-50312<br><br>D.C. No. 2:19-cr-00343-GW<br>U.S. District Court for Central California, Los Angeles |

SCHLOTTERBECK,

  Defendants - Appellees.

This order vacates all brief due dates set by previously issued time schedule orders. The parties shall meet the following cross appeal time schedule.

| | |
|---|---|
| **Wed., February 22, 2023** | The party(s)(James Bradley Vlha & Travis Schlotterbeck) who filed the first appeal shall file and serve the first brief on cross-appeal pursuant to FRAP 28.1. |
| **Fri., March 24, 2023** | The party(s) (USA) who filed the second appeal shall file and serve the second brief on cross-appeal pursuant to FRAP 28.1. |
| **Mon., April 24, 2023** | The third brief on cross-appeal (James Bradley Vlha & Travis Schlotterbeck) shall be filed and served pursuant to FRAP 28.1. |

**The optional cross appeal reply brief shall be filed and served within 21 days of service of the third brief on cross appeal, pursuant to FRAP 28.1.**

**Failure of the appellants to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

          FOR THE COURT:

          MOLLY C. DWYER
          CLERK OF COURT

          By: Bradley Ybarreta
          Deputy Clerk
          Ninth Circuit Rule 27-7