# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff-Appellee,<br><br>v.<br><br>JAMES BRADLEY VLHA and TRAVIS SCHLOTTERBECK,<br><br>    Defendants-Appellants. | No. 22-50281, 22-50283, 22-50312 (Cross Appeals)<br><br>D.C. No. 2:19-CR-00343-GW-1<br><br>**Unopposed Motion for Extension of Time Under Fed. R. App. P. 26(b) and Ninth Circuit Rule 31-2.2(b)** |

Appellant James Bradley Vlha under Federal Rule of Appellate Procedure 26(b) and Ninth Circuit Rule 31-2.2(b), and for the reasons set forth in the attached Declaration of Counsel, respectfully move to extend the due date for filing the consolidated opening brief from March 24, 2023, to May 19, 2023.

Respectfully submitted,

DATED: March 13, 2023

                                            LAW OFFICE OF JEROME J. HAIG

                                            By _____
                                                 JEROME J. HAIG
                                                 Attorney for Defendant-Appellant
                                                 James Bradley Vlha

# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff-Appellee,<br><br>　　　v.<br><br>JAMES BRADLEY VLHA,<br><br>　　　Defendant-Appellant. | No. 22-50281, 22-50283, 22-50312 (Cross Appeals)<br><br>D.C. No. 2:19-CR-00343-GW-1<br><br>**Unopposed Motion for Extension of Time Under Fed. R. App. P. 26(b) and Ninth Circuit Rule 31-2.2(b)** |

　　　I, Jerome J. Haig, declare:

1. I am an attorney licensed to practice law in the State of California and in this Court.

2. I am counsel for appellant James Bradley Vlha.

3. Mr. Vlha is not in custody.

4. Co-defendant and co-appellant Travis Schlotterbeck is not in custody.

5. The opening brief is due on March 24, 2023.

6. **Length of the requested extension**: I request an extension of the due date for the opening brief, to May 19, 2023.

7. **Due Diligence**: I will make every effort to file the opening brief in the time requested.

8. **No Court Reporter Default**: There is no court reporter default.

9. **No Opposition to the request**. Assistant United States Attorney Brian Faerstein is unopposed to the request for extension of time. Rachael Robinson, counsel for co-appellant, is unopposed to the request for extension of time.

10. **Reasons for the requested extension**:

    I am currently engaged in a jury trial in *People v. Ezequiel Romo*, Case No. BA475969, pending in the Los Angeles County Superior Court. Trial commenced on February 6, 2023, and is due to conclude on April 14, 2023.

    I declare under penalty of perjury that this declaration is true and correct. Executed this 13th of March 2023.

                                                */s/ Jerome J. Haig*
                                                Jerome J. Haig
                                                Declarant and Attorney for
                                                Defendant-appellant James Bradley Vlha