**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 20 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> JAMES BRADLEY VLHA, <br><br> Defendant-Appellant. | No. 22-50281 <br><br> D.C. No. 2:19-cr-00343-GW-2 <br> Central District of California, <br> Los Angeles <br><br> ORDER |
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> TRAVIS SCHLOTTERBECK, <br><br> Defendant-Appellant. | No. 22-50283 <br><br> D.C. No. 2:19-cr-00343-GW-1 |
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> JAMES BRADLEY VLHA; TRAVIS SCHLOTTERBECK, <br><br> Defendants-Appellees. | No. 22-50312 <br><br> D.C. No. 2:19-cr-00343-GW-1 |

3/13/2023/Pro Mo

Defendant James Bradley Vlha's unopposed motion (Docket Entry No. 14) for an extension of time to file the first brief on cross-appeal is granted.

The defendants' first briefs on cross-appeal are due May 19, 2023. The government's second brief on cross-appeal is due June 20, 2023. The defendants' third briefs on cross-appeal are due July 20, 2023. The government's optional cross-appeal reply brief is due within 21 days after service of the last-served third brief on cross-appeal.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Lorela Bragado-Sevillena
Deputy Clerk
Ninth Circuit Rule 27-7