Nos. 22-50283, 22-50284

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA, )
)
Plaintiff-Appellee, )
)
v. )
)
TRAVIS SCHLOTTERBECK, )
)
Defendant-Appellant. )
)

———————————

**APPELLANT'S MOTION FOR SECOND EXTENSION OF
TIME TO FILE OPENING BRIEF;
DECLARATION OF RACHAEL A ROBINSON**

———————————

Appeal from the United States District Court
for the Central District of California

No. 19-cr-00343-GW-1
Hon. George H. Wu, United States District Judge

Rachael A. Robinson (313991)
Edward M. Robinson ((126244)
Law Office of Edward M. Robinson
21515 Hawthorne Boulevard, Suite 730
Torrance, CA 90502
Telephone: (310) 316-9333
Facsimile: (310) 316-6442

Attorney for Defendant-Appellant
**TRAVIS SCHLOTTERBECK**

Defendant-Appellant Travis Schlotterbeck hereby moves for a 7-day extension of time, to Friday May 26, 2023, to file his opening brief in the above-captioned appeal. This is the second extension of time requested.

This motion is based on the attached Declaration of Rachael A. Robinson and the files and records in this case.


Dated:   May 15, 2023

By: */s/ Rachael A Robinson*

Rachael A. Robinson
Attorney for Defendant-Appellant
TRAVIS SCHLOTTERBECK

## <u>DECLARATION OF RACHAEL A. ROBINSON</u>

I, Rachael A. Robinson, hereby declare as follows:

1.      I am a licensed attorney and have been retained to represent Travis Schlotterbeck on appeal in *United States v. Schlotterbeck*, case nos. 22-50283, 22-50284.

2.      On November 17, 2022, the district court entered its judgment and commitment order against Mr. Schlotterbeck. Our office filed a notice of appeal on Mr. Schlotterbeck's behalf on November 23, 2022. This Court consolidated Mr. Schlotterbeck's appeal with that of his co-defendant, James Vlha and ordered a consolidated opening brief due on February 22, 2023. On February 15, 2023, I requested a streamline extension of time to March 24, 2023. The request was approved. On March 13, 2023, co-defendant's counsel, Jerome Haig, filed a motion to extend time to file the opening brief to May 19, 2023. That motion was granted.

3.      I require an additional 7-day extension to May 26, 2023 to prepare the opening brief for the following reason:

      a.  I work at a small firm and have been the lead attorney on this appeal.

b. My husband required emergency surgery and was in the hospital last week. I, therefore, did not have the time anticipated to finalize Mr. Schlotterbeck's opening brief.

c. In addition to my work on this matter, I had an opening brief due in this Court on May 10, 2023. I was also preparing for a sentencing hearing in the Central District of California on May 11, 2023.

4. On May 15, 2023, Assistant United States Attorney Brian Faerstein informed me by email that he does not object to this extension.

5. On May 15, 2023, Mr. Vlha's attorney, Jerome Haig informed me by phone that he does not object to this extension.

6. The reporter's transcripts designated for this appeal have been prepared and filed.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 15th day of May, 2023 in Torrance, California.


*/s/ Rachael A. Robinson*
Rachael A. Robinson