UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 19 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 22-50281 |
| Plaintiff-Appellee, | D.C. No. 2:19-cr-00343-GW-2 Central District of California, Los Angeles |
| v. | |
| JAMES BRADLEY VLHA, | ORDER |
| Defendant-Appellant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 22-50283 |
| Plaintiff-Appellee, | D.C. No. 2:19-cr-00343-GW-1 |
| v. | |
| TRAVIS SCHLOTTERBECK, | |
| Defendant-Appellant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 22-50312 |
| Plaintiff-Appellant, | D.C. No. 2:19-cr-00343-GW-1 |
| v. | |
| JAMES BRADLEY VLHA; TRAVIS SCHLOTTERBECK, | |
| Defendants-Appellees. | |

OSA107

Appellant Travis Schlotterbeck's unopposed motion (Docket Entry No. 16) for an extension of time to file the first brief on cross-appeal is granted.

The defendants' first briefs on cross-appeal are due May 26, 2023. The government's second brief on cross-appeal is due June 26, 2023. The defendants' third briefs on cross-appeal are due July 26, 2023. The government's optional cross-appeal reply brief is due within 21 days after service of the last-served third brief on cross-appeal.

Any subsequent motion should contain a recital of the defendant's bail status. *See* 9th Cir. R. 27-8.1.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT
