Nos. 22, 50281, 22-50283, 22-50312

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff-Appellee, | ) |
| | ) |
| v. | ) |
| | ) |
| TRAVIS SCHLOTTERBECK and JAMES VLHA, | ) |
| | ) |
| Defendant-Appellant. | ) |

_____

**APPELLANTS' JOINT EXCERPTS OF RECORD INDEX VOLUME**

_____

Appeal from the United States District Court
for the Central District of California

No. 19-cr-00343-GW
Hon. George H. Wu, United States District Judge

Jerome J Haig (131903)
Law Office of Jerome J Haig
21143 Hawthorne Boulevard Suite 454
Torrance, CA 90503
Telephone: 424-488-0686
Facsimile: 424-271-5990

Attorney for Defendant-Appellant
**JAMES VLHA**

Edward M. Robinson (126244)
Rachael A. Robinson (313991)
Law Office of Edward M. Robinson
21515 Hawthorne Boulevard, Suite 730
Torrance, CA 90502
Telephone: (310) 316-9333
Facsimile: (310) 316-6442

Attorneys for Defendant-Appellant
**TRAVIS SCHLOTTERBECK**

**Volume 1**

Schlotterbeck Judgment and Commitment Order
Filed November 17, 2022
Docket No. 174 …………………………………………………………..2

Vlha Judgment and Commitment Order
Filed November 17, 2022
Docket No. 176 …………………………………………………….....7

Reporter's Transcript: Pretrial Conference (July 11, 2022)
Docket No. 158 …………………………………………………………12

Minute Order Denying Motion to Dismiss
Filed July 11, 2022
Docket No. 147 ………………………………………………………….68

**Volume 2**

Reporter's Transcript: Sentencing Hearing (November 17, 2022)
Docket No. 193……………………………………………………………70

Reporter's Transcript: Change of Plea Hearing (July 14, 2022)
Docket No. 195 …………………………………………………………147

Schlotterbeck Plea Agreement
Filed July 14, 2022
 Docket No. 151 …………………………………………………………192

Vlha Plea Agreement
Filed July 14, 2022
 Docket No. 152 ………………………………………………………….213

Reporter's Transcript: Pretrial Conference (June 28, 2022)
Docket No. 145 …………………………………………………………….232

Reporter's Transcript: Pretrial Conference (June 23, 2022)
Docket No. 144 …………………………………………………………….289

Government's Opposition to Motion to Dismiss per *Bruen*
Filed July 7, 2022
Docket No. 142 …………………………………………………………….329

**Volume 3**

Exhibit A to Motion to Dismiss
Filed July 1, 2022
Docket No. 136 …………………………………………………………….355

Exhibit B to Motion to Dismiss
Filed July 1, 2022
Docket No. 136 …………………………………………………………….372

Exhibit C to Motion to Dismiss
Filed July 1, 2022
Docket No. 136 …………………………………………………………….378

Motion to Dismiss Per *Bruen*
Filed July 1, 2022
Docket No. 136 …………………………………………………………….382

Reply re. First Motion to Dismiss
Filed June 14, 2022
Docket No.121 …………………………………………………………...390

Government's Opposition to First Motion to Dismiss
Filed June 9, 2022
Docket No.120 ……………………………………………………………397

First Motion to Dismiss
Filed June 2, 2022
Docket No. 113 …………………………………………………………….430

Government's Trial Memorandum
Filed May 6, 2022
Docket No. 89 …………………………………………………………….443

Indictment  
Filed June 11, 2019  
Docket No. 1 …………………………………………………………………484

Schlotterbeck Notice of Appeal  
Filed November 23, 2022  
Docket No. 181 ……………………………………………………………….495

Vlha Notice of Appeal  
Filed November 22, 2022  
Docket No. 180 ……………………………………………………………….496

Docket Sheet ………………………………………………………………….497