IN THE

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | C.A. No. 22-50312 |
| Plaintiff-Cross-Appellant, | D.C. No. CR 19-00343-GW (Central Dist. Cal.) |
| v. | **GOVERNMENT'S UNOPPOSED MOTION TO DISMISS CROSS-APPEAL VOLUNTARILY; DECLARATION OF BRAM M. ALDEN** |
| TRAVIS SCHLOTTERBECK & JAMES BRADLEY VLHA, | |
| Defendants-Cross-Appellees. | |

Plaintiff-Cross-Appellant United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, hereby moves to voluntarily dismiss its cross-appeal from the district court's November 17, 2022 sentencings of Defendants-Cross-Appellees Travis Schlotterbeck and James Vlha.

The motion is made pursuant to Federal Rule of Appellate Procedure 42(b) and is based on the files and records in this case and the attached declaration of Bram M. Alden. Defendants do not oppose.

Defendants are not in custody. No court reporter is in default with respect to any designated transcript.

| | |
|---|---|
| DATED: June 8, 2023 | Respectfully submitted,<br><br>E. MARTIN ESTRADA<br>United States Attorney<br><br>MACK E. JENKINS<br>Assistant United States Attorney<br>Chief, Criminal Division<br><br>/s/ *Bram M. Alden*<br><br>BRAM M. ALDEN<br>Assistant United States Attorney<br>Chief, Criminal Appeals Section<br><br>Attorneys for Plaintiff-Cross-Appellant<br>UNITED STATES OF AMERICA |

## DECLARATION OF BRAM M. ALDEN

I, Bram M. Alden, hereby declare and state as follows:

1. I am an Assistant United States Attorney in the Central District of California and the Chief of my Office's Criminal Appeals Section. I am responsible for overseeing the government's cross-appeal in *United States v. Schlotterbeck and Vlha,* C.A. No. 22-50312.

2. On November 17, 2022, the district court sentenced defendants Schlotterbeck and Vlha. On November 22, 2023, defendant Vlha filed a notice of appeal (District Court Docket No. 180), initiating appeal number 22-50281. On November 23, 2022, defendant Schlotterback filed a notice of appeal (District Court Docket No. 181), initiating appeal number 22-50283. The government filed a notice of appeal on December 20, 2022 (District Court Docket No. 190), initiating cross-appeal number 22-50312. The government's second brief on cross appeal is currently due on June 26, 2023. If the Court grants this motion, cross-appeal 22-50312 will be dismissed and the government's answering brief on consolidated appeals 22-50281 and 22-50284 will remain due on June 26, 2023.

3. Upon further review of the case, the government has elected not to pursue its cross-appeal.

4. On June 2, 2023, my colleague conferred via email with Rachael Robinson, counsel for defendant Schlotterbeck, and Jerome Haig, counsel for defendant Vlha. Both of them do not oppose this motion.

I declare under penalty of perjury that the foregoing is true and correct. EXECUTED on June 8, 2023 in Los Angeles, California.

*/s/ Bram M. Alden*

BRAM M. ALDEN
Assistant United States Attorney