IN THE

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> TRAVIS SCHLOTTERBECK & JAMES BRADLEY VLHA, <br><br> Defendants-Appellants. | C.A. Nos. 22-50281; 22-50283 <br> D.C. No. CR 2:19-00343-GW <br> (Central Dist. Cal.) <br><br> **GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWERING BRIEF; DECLARATION OF SURIA M. BAHADUE** |

Plaintiff-Appellee United States of America, by and through its counsel of record, hereby moves this Court for an extension of the time within which the government must file its answering brief in the above-captioned matter. The government's answering brief currently is due on June 26, 2023. The government requests a 90-day extension of time to and including September 25, 2023. Defendants do not oppose this request.

The motion is made pursuant to Federal Rules of Appellate Procedure 26(b) and 27 and Ninth Circuit Rule 31-2.2(b) and is based on

the files and records in this case and the attached declaration of Suria M. Bahadue.

Defendants are not in custody. No court reporter is in default with regard to any designated transcript.

DATED: June 20, 2023          Respectfully submitted,

                                              E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

BRAM M. ALDEN
Assistant United States Attorney
Chief, Criminal Appeals Section

/s/ *Suria M. Bahadue*

SURIA M. BAHADUE
Assistant United States Attorney
Criminal Appeals Section

Attorneys for Plaintiff-Appellee
UNITED STATES OF AMERICA

ii

## DECLARATION OF SURIA M. BAHADUE

I, Suria M. Bahadue, hereby declare and state as follows:

1. I am an Assistant United States Attorney in the Central District of California and a member of my office's Criminal Appeals Section.

2. I am responsible for preparing the government's answering brief in *United States v. Travis Schlotterbeck & James Bradley Vlha*, C.A. Nos. 22-50283, 22-50281, which were consolidated on December 5, 2022. On May 26, 2023, defendants-appellants Schlotterbeck and Vlha filed their opening brief after three unopposed extensions of their deadline for doing so. The government has not previously sought any extensions of its deadline for filing its answering brief, which presently is due on June 26, 2023.

3. Although I have exercised diligence with respect to this appeal and will continue to do so, I do not anticipate being able to complete the government's answering brief by its current June 26, 2023, due date and anticipate needing an additional 90 days to do so for the following reasons:

  a. I did not participate in the district court proceedings. I was assigned to this matter on June 2, 2023. Due to the assignment date being so recent, I need extra time to review the record in this case to better prepare an answering brief.

  b. I am responsible for the government's answering brief in *United States v. Gonzalo Ramos*, C.A. No. 22-50177, which presently is due on July 31, 2023, and *United States v. Jerome Terry, Jr.*, C.A. Nos. 21-50245, 22-50214, which presently is due on August 24, 2023. While I anticipate seeking an extension in *Ramos*, I do not anticipate seeking an extension in *Terry*. I anticipate spending significant time in the coming weeks working on the government's response in both cases.

  c. I am also responsible for a range of post-indictment prosecutions, which are subject to the requirements of the Speedy Trial Act. For example, I am one of the AUSAs handling *United States v. Limon, et al.*, No. 23-CR-270-SPG, which is an eight-defendant firearms and narcotics conspiracy case that will require a significant amount of time in the coming weeks. In addition, I am responsible for pre-indictment investigations involving firearms and narcotics trafficking, which require completion of time-sensitive requirements.

4. On June 16, 2023, I conferred with counsel for defendants, Rachael Robinson and Jerome Haig, via email regarding the requested extension. Counsel informed me that they do not object.

5. Defendants are not in custody. No court reporter is in default with regard to any designated transcript.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 20th day of June, 2023, in Los Angeles, California.

/s/ *Suria M. Bahadue*

SURIA M. BAHADUE
Assistant United States Attorney