

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 22 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee, <br> v. <br> JAMES BRADLEY VLHA, <br><br> Defendant-Appellant. | No.  22-50281 <br><br> D.C. No. 2:19-cr-00343-GW-2 <br> Central District of California, <br> Los Angeles <br><br> ORDER |
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee, <br> v. <br> TRAVIS SCHLOTTERBECK, <br><br> Defendant-Appellant. | No.  22-50283 <br><br> D.C. No. 2:19-cr-00343-GW-1 |

The government's unopposed motion (Docket No. 27) for an extension of time to file the answering brief is granted.

The answering brief is due September 25, 2023. The optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

OSA107