USCA No. 22-50281

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA

    PLAINTIFF-APPELLEE        USDC No. 2:19-CR-00343-GW-2

v.

JAMES BRADLEY VLHA

    DEFENDANT-APPELLANT

-----------------------------------------------

Appeal from the United States District Court
For the Central District of California

Hon. George Wu, District Judge, Presiding

MOTION TO WITHDRAW AS COUNSEL AS COUNSEL FOR APPELLANT

                                            Law Office of Jerome J. Haig
                                            Jerome J. Haig, Attorney at Law
                                            21143 Hawthorne Blvd., Suite 454
                                            (424) 488-0686
                                            Attorney for Appellant
                                            James Vlha

1

## I. MOTION

Comes now counsel for appellant James Vlha seeks to withdraw as appellate counsel.

## II. FACTS

On December 2, 2022, Jerome J. Haig, was appointed as counsel for defendant. (Docket Entry 6-1).

On May 26, 2023, Appellant's Joint Opening Brief and Excerpts were filed. (Docket Entry 16 & 17, respectively).

On June 27, 2023, counsel of record for Appellant James Vlha was appointed as a judge for the Los Angeles County Superior Court. Effective on or about August 1, 2023, will no longer be a practicing attorney.

Accordingly, Mr. Vlha will require successor counsel to be appointed.

Appellant is not in custody and is currently on probation supervision following execution of judgment (one day). He has been advised of the instant motion to withdraw.

A copy of this motion will be emailed to Mr. Vlha on the date indicated on the attached proof of service.

## III. CONCLUSION

For the foregoing reasons, as well as those set forth in the attached declaration, it is respectfully requested that the Court relieve counsel of record and appoint successor appellate counsel to represent Mr. Vlha.

Dated:      June 29, 2023

Respectfully submitted,

                Law Office of Jerome J. Haig


    By:   *Jerome Haig*
           Jerome J. Haig
           Attorney for Appellant James Vlha

## **DECLARATION OF JEROME J. HAIG**

I am an attorney licensed to practice law in the State of California. I am counsel of record for defendant/appellant James Vlha.

I was appointed under the Criminal Justice Act to represent Mr. Vlha in the instant appeal.

On June 27, 2023, I was appointed by California Governor Gavin Newsom as a judge for the Los Angeles County Superior Court. On or about August 1, 2023, I will be sworn in as a state court judge. Thereafter, I will cease the practice of law as an attorney.

On June 29, 2023, I informed Mr. Vlha of appointment, that I would move to withdraw as his counsel, and that I would seek appointment of new counsel on his behalf. He told me he joined in the request.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 29th day of June 2023, in Torrance, California.

*Jerome Haig*
Jerome J. Haig

4

Re: United States v. James Vlha
USCA No. 22-50281
USDC No. 19-CR-00343-GW-1

**CERTIFICATE OF SERVICE BY MAIL**

I, *Jerome J. Haig* certify:

I am an active member of the State Bar of California and am not a party to this cause. My business address is 21143 Hawthorne Blvd., Suite 454, Torrance, CA. On *June 29, 2023*, I personally delivered (via email, and did not receive an error regarding transmission) the MOTION TO WITHDRAW AS COUNSEL AS COUNSEL FOR APPELLANT on the following:

James Bradley Vlha

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on *June 29, 2023,* at *Torrance*, California.

_____
*Jerome J. Haig*

5