FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 30 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 22-50281 |
|---|---|
| Plaintiff-Appellee, | D.C. No. 2:19-cr-00343-GW-2 |
| v. | Central District of California, Los Angeles |
| JAMES BRADLEY VLHA, | ORDER |
| Defendant-Appellant. | |

| UNITED STATES OF AMERICA, | No. 22-50283 |
|---|---|
| Plaintiff-Appellee, | D.C. No. 2:19-cr-00343-GW-1 |
| v. | |
| TRAVIS SCHLOTTERBECK, | |
| Defendant-Appellant. | |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

The motion (Docket Entry No. 29 in No. 22-50281 & Docket Entry No. 27 in No. 22-50283) of appellant's appointed counsel Jerome J. Haig to withdraw as counsel of record and to appoint new counsel in Appeal No. 22-50281 is granted.

The Clerk will electronically serve this order on the appointing authority for the Central District of California, who will locate appointed counsel. The appointing authority is requested to send notification of the name, address, and

OSA129

telephone number of appointed counsel to the Clerk of this court at

[counselappointments@ca9.uscourts.gov](mailto:counselappointments@ca9.uscourts.gov) within 14 days of locating counsel.

The existing briefing schedule remains in effect.

The Clerk will serve this order on former counsel. Within 14 days of this order, appellee must serve this order on appellant individually and provide this court with proof of service.