**IN THE**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>JAMES BRADLEY VLHA,<br><br>Defendant-Appellant. | ) C.A. No. 22-50281<br>) D.C. No. CR 19-00343-GW<br>) (Central Dist. Cal.)<br>)<br>)<br>) **NOTICE AND SERVICE OF**<br>) **NINTH CIRCUIT ORDER AND**<br>) **PROOF OF SERVICE OF**<br>) **ORDER ON DEFENDANT-**<br>) **APPELLANT; DECLARATION**<br>) **OF SURIA M. BAHADUE** |

Plaintiff-Appellee United States of America, by and through its

counsel of record, hereby provides (1) defendant-appellant James

Bradley Vlha ("appellant") notice and service of this Court's June 30,

2023 order regarding appointing new counsel (a copy of which is

//

//

attached hereto); and (2) proof to this Court that, by this notice, the

government has served the Court's June 30, 2023 order on appellant.

DATED: July 5, 2023                         Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

BRAM M. ALDEN
Assistant United States Attorney
Chief, Criminal Appeals Section

/s/ *Suria M. Bahadue*

SURIA M, BAHADUE
Assistant United States Attorney
Criminal Appeals Section

Attorneys for Plaintiff-Appellee
UNITED STATES OF AMERICA

## DECLARATION OF SURIA M. BAHADUE

I, Suria M. Bahadue, hereby declare and state as follows:

1.      I am an Assistant United States Attorney in the Central District of California and a member of my office's Criminal Appeals Section.  I am responsible for representing the government in *United States v. James Bradley Vlha*, C.A. No. 22-50281.

2.      On June 30, 2023, I received via this Court's Case Management/Electronic Case Files ("CM/ECF") system an order from this Court instructing me to "within 14 days serve th[e] order on appellant individually and provide this court with proof of service."

3.      I have attached the order to this notice, which I have served on appellant at the address that I believe to be his current address and that is reflected on the attached CM/ECF proof of service form.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 5th day of July, in Los Angeles, California.

/s/ *Suria M. Bahadue*

SURIA M. BAHADUE
Assistant United States Attorney

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 30 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 22-50281 |
| Plaintiff-Appellee, | D.C. No. 2:19-cr-00343-GW-2 |
| v. | Central District of California, Los Angeles |
| JAMES BRADLEY VLHA, | ORDER |
| Defendant-Appellant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 22-50283 |
| Plaintiff-Appellee, | D.C. No. 2:19-cr-00343-GW-1 |
| v. | |
| TRAVIS SCHLOTTERBECK, | |
| Defendant-Appellant. | |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

The motion (Docket Entry No. 29 in No. 22-50281 & Docket Entry No. 27 in No. 22-50283) of appellant's appointed counsel Jerome J. Haig to withdraw as counsel of record and to appoint new counsel in Appeal No. 22-50281 is granted.

The Clerk will electronically serve this order on the appointing authority for the Central District of California, who will locate appointed counsel. The appointing authority is requested to send notification of the name, address, and

OSA129

telephone number of appointed counsel to the Clerk of this court at

counselappointments@ca9.uscourts.gov within 14 days of locating counsel.

The existing briefing schedule remains in effect.

The Clerk will serve this order on former counsel. Within 14 days of this

order, appellee must serve this order on appellant individually and provide this

court with proof of service.

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

### Form 15. Certificate of Service for Electronic Filing

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form15instructions.pdf

**9th Cir. Case Number(s)** | 22-50281

I hereby certify that I electronically filed the foregoing/attached document(s) on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

**Service on Case Participants Who Are Registered for Electronic Filing:**

☐ I certify that I served the foregoing/attached document(s) via email to all registered case participants on this date because it is a sealed filing or is submitted as an original petition or other original proceeding and therefore cannot be served via the Appellate Electronic Filing system.

**Service on Case Participants Who Are <u>NOT</u> Registered for Electronic Filing:**

☒ I certify that I served the foregoing/attached document(s) on this date by hand delivery, mail, third party commercial carrier for delivery within 3 calendar days, or, having obtained prior consent, by email to the following unregistered case participants *(list each name and mailing/email address)*:

James Bradley Vlha
Register Number: 78500-112
4014 Center Avenue
Norco, California 92860

**Description of Document(s)** *(required for all documents)*:

NOTICE AND SERVICE OF NINTH CIRCUIT ORDER AND PROOF OF SERVICE OF ORDER ON DEFENDANT-APPELLANT

**Signature** | /s/ Suria M. Bahadue | **Date** | Jul 5, 2023

*(use "*s/[typed name]*" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 15** | *Rev. 12/01/2018*