Nos. 22-50281 & 22-50283

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

TRAVIS SCHLOTTERBECK AND JAMES VLHA.

*Defendants-Appellants.*

On Appeal from the United States District Court for the Central
District of California, No. 19-CR-00343-GW
The Honorable George H. Wu, United States District Judge

## CONSOLIDATED APPELLANTS' UNOPPOSED MOTION TO EXTEND TIME FOR FILING OF JOINT REPLY BRIEF; DECLARATION OF KATHERINE KIMBALL WINDSOR IN SUPPORT THEREOF

Katherine Kimball Windsor
Law Office of Katherine Kimball
Windsor
65 N. Raymond Avenue
Suite 320
Pasadena, CA 91103
(213) 663-9219
katy@windsorlaw.us
Counsel for Mr. Vlha

Pursuant to Federal Rules of Appellate Procedure 26(b) and 27, Appellant James Vlha respectfully submits this joint motion on behalf of himself and Appellant Travis Schlotterbeck for an additional three weeks to file their joint reply brief. The brief is currently due on November 15, 2023.

The government does not oppose the requested extension.

Respectfully submitted,

Dated: November 8, 2023

*s/Katherine Kimball Windsor*
Katherine Kimball Windsor
65 N. Raymond Avenue,
Suite 320
Pasadena, CA 91103
(213) 663-9219
katy@windsorlaw.us
Counsel for Mr. Vlha

## DECLARATION OF KATHERINE KIMBALL WINDSOR IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF BRIEFING TIME

I, Katherine Kimball Windsor, hereby declare:

1.    On July 3, 2023, I was appointed to represent James Vlha after his previous attorney, Jerome J. Haig, was appointed as a judge for the Los Angeles County Superior Court.

2.    On December 5, 2022, this Court consolidated Mr. Vlha's case with that of Mr. Schlotterbeck. The appellants filed a Joint Opening Brief on May 26, 2023.

3.    The government filed its Answering Brief on September 25, 2023.

4.    On September 29, 2023, the appellants sought and received a streamlined extension of time to file the reply brief. The brief is due on November 15, 2023.  Appellants now jointly seek an additional three-week extension of time to file the brief up to and including December 6, 2023.

5.    Appellants intend to file a joint brief, and have divided up briefing responsibilities. They require additional time to put together a single draft, allowing each Appellant sufficient time to review that

draft, and comment on it (and Appellants' counsel to incorporate any edits).

6.  I communicated with Assistant United States Attorney Suria Bahadue, who represents the government in this matter. The government does not oppose the requested extension.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 8, 2023       */s/Katherine Windsor*
                              Katherine Kimball Windsor
                              Counsel for Mr. Vlha