**FILED**

NOV 15 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 22-50281 |
| Plaintiff-Appellee, | D.C. No. 2:19-cr-00343-GW-2 |
| v. | Central District of California, Los Angeles |
| JAMES BRADLEY VLHA, | ORDER |
| Defendant-Appellant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 22-50283 |
| Plaintiff-Appellee, | D.C. No. 2:19-cr-00343-GW-1 |
| v. | |
| TRAVIS SCHLOTTERBECK, | |
| Defendant-Appellant. | |

Appellant James Bradley Vlha's motion (Docket Entry No. 44) for an extension of time to file the reply brief is granted.

The optional reply brief is due December 6, 2023.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

OSA167